UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

Steven Kornbluth,

                       Plaintiff,                  21 CV 01718 (KMK)

-v-

                                                CALENDAR NOTICE

Experian Information Solutions, Inc. et al.,

                       Defendants.

-------------------------------------------------------X

KENNETH M. KARAS, District Judge:

      Please take notice that the above captioned action has been scheduled for a status conference before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, June 3, 2021 at 12:00 p.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code: 7702195 Please enter the conference as a guest by pressing the pound sign (#). Given that much of the Court is operating remotely and has limited mail capability, counsel involved in any pro se cases shall mail a copy of this Notice to or otherwise inform the pro se party of the above teleconference information. Counsel in any pro se inmate cases shall ensure that the pro se party is on the line before calling the above-referenced number. Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: May 11, 2021
       White Plains, New York

                                                    So Ordered

                                                    Kenneth M. Karas, U.S.D.J